## Criminal Case Cover Sheet                                                                                     U.S. District Court

**REDACTED**

<u>Place of offense:</u>                     Under Seal: Yes _____ No  X    Judge Assigned: ___JCC___

City   __Arlington__ Superseding Indictment _____ Criminal Number:   1:13CR _395_

County/<u>Parish:</u> _____ Same Defendant _____ New Defendant ___X___

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20 / R 40 from District of _____

Related Case Name and No.: _____

### Defendant Information:

Juvenile -- Yes _____ No  _X_  FBI # _____

Defendant Name: _Charles Daniel Stephens_    Alias Name(s)

Address: _Houston, TX_

Employment: _____

Birth Date _1972_ SS# _4050_ Sex _M_ Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter:  X  No _ Yes  List language and/or dialect: _____ Automobile Description _____

### Location Status:

Arrest date:   N/A

_____ Already in Federal Custody as of _____ in _____

_____ Already in State Custody            _____ On Pretrial Release        _X_ Not in Custody

_____ Arrest Warrant Requested            _____ Fugitive                   _____ Summons Requested

_____ Arrest Warrant Pending              _____ Detention Sought           _____ Bond _____

### Defense Counsel Information:

Name:   _Shannon S. Quill, AFPD_          _____ Court Appointed       Counsel conflicted out: _____

Address: _1650 King Street, Suite 500_    _____ Retained

_Alexandria, VA 22314_

Telephone: _(703) 600-0850_               _X_ Public Defender    Federal Public Defender's Office conflicted out: ____

### U.S. Attorney Information:

AUSA  _Alex Nguyen_  Telephone No.:   _(703) 299-3700_          Bar # _____

### Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Michael Godfrey, Immigration & Customs Enforcement, HSI

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 506; and | | | |
| | 18 U.S.C. § 2319 | Criminal Copyright Infringement | 1 | F |
| Set 2 | | | | |
| Set 3 | | | | |

Date: _10/7/13_   Signature of AUSA: _Alex T.H. Ng_